UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 15-02026-JLS (JCGx)　　　　　　　　　　Date: January 31, 2017
Title: CyberCoders, Inc. v. PNY Technologies, Inc.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

　Terry Guerrero　　　　　　　　　　　　　　　　N/A
　　Deputy Clerk　　　　　　　　　　　　　　　Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:　　ATTORNEYS PRESENT FOR DEFENDANT:

　Not Present　　　　　　　　　　　　　　　　Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE**

　　The Court is in receipt of the Mediation Report filed on September 30, 2016. (Doc. 56.) Counsel are hereby ordered to show cause in writing, no later than **February 8, 2017**, why this case should not be dismissed and/or sanctions issued, for failure to comply with Local Rule 40-2, Notice of Settlement. The Order to Show Cause will stand submitted upon the filing of an appropriate response.

　　Counsel are advised that the Court will consider the filing of a Stipulation of Dismissal, on or before the date upon which the response is due, as a satisfactory response to the Order to Show Cause.

　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer: tg